UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY GULIZIA,<br><br>        Plaintiff,<br><br>   v.<br><br>T. HARRELL, et al.,<br><br>        Defendants. | Case No. 21-cv-05983-BLF<br><br>**ORDER TO SHOW CAUSE** |

On October 25, 2021, this Court *sua sponte* vacated its previous judgment and reopened this case, setting a November 24, 2021 deadline for Plaintiff to file an amended pleading. ECF No. 19. Plaintiff failed to file an amended pleading by that deadline. Accordingly, Plaintiff is ordered to show cause, in writing, **no later than December 13, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 29, 2021

_____
BETH LABSON FREEMAN
United States District Judge